No. 92–1085. MARYLAND & VIRGINIA MILK PRODUCERS COOPERATIVE ASSN., INC. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 92–1090. COOPER v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–1106. FRIKO CORP. v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 92–1130. JENKINS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–1131. HOLLIS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 92–1176. ISGRO v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 92–1188. STRASS v. STRASS. App. Ct. Ill., 2d Dist. Certiorari denied.

No. 92–1207. MARYLAND v. GRANDISON; and
No. 92–7406. GRANDISON v. MARYLAND. Cir. Ct. Somerset County, Md. Certiorari denied.

No. 92–1221. HIRT ET AL. v. CITY OF STRONGSVILLE, OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 92–1224. NINTENDO OF AMERICA, INC. v. LEWIS GALOOB TOYS, INC. C. A. 9th Cir. Certiorari denied.

No. 92–1225. RANDLEMAN v. ARKANSAS. Sup. Ct. Ark. Certiorari denied.

No. 92–1228. REPUBLIC NATIONAL BANK v. AMWEST SURETY INSURANCE CO. C. A. 4th Cir. Certiorari denied.

No. 92–1230. TRINSEY v. HAZELTINE ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1231. ALLEN v. SOUTH CENTRAL BELL TELEPHONE CO. C. A. 5th Cir. Certiorari denied.